**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-KA-1318

State Of Louisiana

- - Versus - -

John Benjamin Cowart

21st Judicial District Court
Case #: 37184
Livingston Parish

On Application for Rehearing filed on 06/13/2023 By John Benjamin Cowart

Rehearing _____*Denied*_____

_____
John Michael Guidry

_____
Elizabeth Wolfe

_____
Steven M. Miller

Date _____**JUL 2 7 2023**_____

_____
Rodd Naquin, Clerk